[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13524

Non-Argument Calendar

_____

In re: JAMES D. ESSEKS,
 CARL S. CHARLES,
 LATISHA GOTELL FAULKS,
 MELODY H. EAGAN,
 JEFFREY P. DOSS, et al.,

                                                        Appellants.

_____

Appeals from the United States District Court
for the Middle District of Alabama

2                    Opinion of the Court                    23-13524

D.C. Docket No. 2:22-mc-03977-WKW

_____

Before WILSON, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Appellants' motions to dismiss this appeal for lack of jurisdiction are GRANTED and this appeal is DISMISSED. As appellants recognize, the three-judge panel below has not entered a final or appealable decision because it has reassigned the case for further proceedings. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (providing that a final decision ends the litigation on the merits and leaves nothing for the court to do but execute judgment); *Freyre v. Chronister*, 910 F.3d 1371, 1377 (11th Cir. 2018) (noting that an order that contemplates further substantive proceedings is not final or appealable).